# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2014

Robert P. Young, Jr.,
Chief Justice

148617(53)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KENNETH J. SPEICHER,
      Plaintiff-Appellee,

v

SC: 148617
COA: 306684
Van Buren CC: 11-600857-CZ

COLUMBIA TOWNSHIP BOARD OF TRUSTEES
and COLUMBIA TOWNSHIP PLANNING
COMMISSION,
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion of the Michigan Townships Association and the Michigan Municipal League to extend the time to file an amici curiae brief is GRANTED. The brief submitted on August 29, 2014, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2014


_____